# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 23-cr-1971-H |
|---|---|
| Plaintiff, | **JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INFORMATION WITH PREJUDICE** |
| v. | |
| NATHALIE CORRAL GONZALEZ | |
| Defendant | |

Upon the motion of the United States, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Information against Defendant in this case is dismissed with prejudice.

SO ORDERED.

DATED: October 16, 2024

_____
HONORABLE DANIEL E. BUTCHER
UNITED STATES MAGISTRATE JUDGE